# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN
# GRAND RAPIDS DIVISION

IN RE:
    ROBERT J SCHNOOR,                    CASE NO. **09-00772-jrh**
    Debtor,                                      CHAPTER 7
                                            JUDGE JEFFREY R HUGHES

DISCOVER BANK,
Plaintiff,

v.                                                     Adv. Pro. No. 09-80198-jrh

ROBERT J SCHNOOR,
Defendant,                                  **JUDGMENT**

      At a session of said Court of Bankruptcy,
      held in and for said District

      On June 1, 2009, Plaintiff and Defendant filed a document entitled "Stipulation of Nondischargeability and Payment Plan." The Court interprets the document as an agreement between the parties to settle the adversary proceeding. The court further interprets the agreement to include an entry of a judgment as part of the settlement.

      Judgment is entered against Defendant ROBERT J SCHNOOR, in the amount of $ 3,000.00, pursuant to the stipulation. This Judgment is declared to be non-dischargeable. 11 U.S.C. § 523(a)(2)(A). The June 1, 2009 stipulation shall remain on file with the court as evidence of the agreement reached between the parties, including their agreement concerning the enforcement of this judgment.

**Signed: June 03, 2009**



Hon. Jeffrey R. Hughes
United States Bankruptcy Judge